FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VIDA HOME GALLERY,<br><br>    Plaintiff,<br><br>    v.<br><br>OHIO SECURITY INSURANCE COMPANY, a foreign insurance corporation; and LIBERTY MUTUAL INSURANCE, a foreign insurance corporation,<br><br>    Defendants. | NO. 1:17-cv-03019-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation for Order of Dismissal with Prejudice and Without Costs or Fees, ECF No. 16. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

//

//

//

Accordingly, **IT IS HEREBY ORDERED:**

**ORDER OF DISMISSAL ^ 1**

1. The parties' Stipulation for Order of Dismissal with Prejudice and Without Costs or Fees, ECF No. 16, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 26th day of July 2018.



_____
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL ^ 2**